FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT 23  PM 4: 32

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| GEORGE PAUL MOSS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 306-071 |
| | ) |
| MICHAEL PUGH, Warden, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **DENIED**, and this civil action is **CLOSED**.

SO ORDERED this 22nd day of October, 2006.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE